

# UNITED STATES DISTRICT COURT
Southern District of Texas, Houston Division

David Bradley
Clerk

P.O. Box 61010
Houston, TX 77208

February 16, 2012

U.S. District Court
Southern District of Florida
701 Clematis Street Room 202
West Palm Beach, FL 33401

    **FROM:** M. Lerma, Deputy Clerk

    Case No. Cr H-12-115M
    Your Case No. 12-8039-JMH     USA vs Rashad Emon Clark
    *12-80036-CR-Scola*

Enclosed please find all papers pursuant to Rule 5 of the Federal Rule of Criminal Procedure:

[X]     File (including minutes, orders, etc.)

[]     Bonds (any cash deposit in the Registry will be forwarded under separate cover)

[]     Passports:

[]     Other:

[]     Please sign and return a copy of this form in the enclosed envelope.

Received by: _____ Date: _____

CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: 4:12-mj-00115-1
### Internal Use Only

Case title: USA v. Clark  
Other court case number: 12-8039-JMH Southern District of Florida, West Palm Beach

Date Filed: 02/08/2012  
Date Terminated: 02/16/2012

Assigned to: Magistrate Judge Nancy K. Johnson

### Defendant (1)

**Rashad Emon Clark**  
*In Custody*  
*TERMINATED: 02/16/2012*

represented by **Peter Joseph Bray**  
Assistant Federal Public Defender  
440 Louisiana St  
Ste 1350  
Houston, TX 77002-1634  
713-718-4600  
Email: peter_bray@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Federal Public Defender - Houston**  
440 Louisiana  
Ste 310  
Houston, TX 77002  
713-718-4600  
Fax: 713-718-4610  
Email: hou_ecf@fd.org  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Disposition

TRUE COPY I CERTIFY
ATTEST:
 , Clerk of Court
By: [signature]
Deputy Clerk

## Highest Offense Level (Terminated)

None

## Complaints

18:1591.F

## Disposition

## Plaintiff

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2012 | | Arrest (Rule 40) of Rashad Emon Clark, filed. (mlerma, ) (Entered: 02/08/2012) |
| 02/08/2012 | 1 | Copy of Cr Complaint filed in the Southern District of Florida as to Rashad Emon Clark:, filed. (mlerma, ) (Entered: 02/08/2012) |
| 02/08/2012 | 3 | Minute Entry for proceedings held before Magistrate Judge Nancy K. Johnson: INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS as to Rashad Emon Clark held on 2/8/2012 Appearances:Q. Ollison AUSA.M. Herman AFPD(ERO:Yes) Deft remanded to USM, filed.(mlerma, ) (Entered: 02/09/2012) |
| 02/08/2012 | 4 | ORDER as to Rashad Emon Clark Detention Hearing set for 2/10/2012 at 02:00 PM in Courtroom 700 before Magistrate Judge Nancy K. Johnson. ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (mlerma, ) (Entered: 02/09/2012) |
| 02/08/2012 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER - Houston for Rashad Emon Clark.( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (mlerma, ) (Entered: 02/09/2012) |
| 02/08/2012 | 6 | WAIVER of 32.1 Hearing by Rashad Emon Clark, filed.(mlerma, ) (Entered: 02/09/2012) |
| 02/08/2012 | 7 | Sealed Financial Affidavit CJA 23 by Rashad Emon Clark, filed. (Entered: 02/09/2012) |
| 02/09/2012 | 2 | NOTICE OF ATTORNEY APPEARANCE Peter Joseph Bray appearing for AFPD as to Rashad Emon Clark, filed.(Bray, Peter) (Entered: 02/09/2012) |
| 02/10/2012 | 9 | Minute Entry for proceedings held before Magistrate Judge Nancy K. Johnson: DETENTION HEARING as to Rashad Emon Clark held on 2/10/2012 Appearances:C. Escher AUSA. Peter Joseph Bray.(ERO:yes) Deft remanded to USM, filed.(mlerma, ) (Entered: 02/15/2012) |
| 02/10/2012 | 10 | WAIVER of Rule 5 & 5.1 Hearings by Rashad Emon Clark, filed.(mlerma, ) (Entered: 02/15/2012) |

| 02/10/2012 | 11 | COMMITMENT TO ANOTHER DISTRICT as to Rashad Emon Clark. Defendant committed to Southern District of Florida.( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (mlerma, ) (Entered: 02/15/2012) |
|---|---|---|
| 02/13/2012 | 8 | Pretrial Services Report (Sealed) as to Rashad Emon Clark, filed. (vsemien, ) (Entered: 02/13/2012) |
| 02/16/2012 | 12 | RULE 5 Papers sent to Southern District of Florida, West Palm Beach Division as to Rashad Emon Clark, filed.(mlerma, ) (Entered: 02/16/2012) |
| 02/16/2012 |  | (Court only) ***Case Terminated as to Rashad Emon Clark (mlerma, ) (Entered: 02/16/2012) |

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| RASHAD EMON CLARK | ) Case No. 4:12MJ115 |
| | ) |
| Defendant | ) Charging District's Case No. 12-8031-JHH |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the SOUTHERN District of FLORIDA.
The defendant may need an interpreter for this language: _____.

The defendant: ☐ will retain an attorney.
☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 2-10-12

_____
Judge's signature

Nancy K. Johnson
UNITED STATES MAGISTRATE JUDGE

COPY I CERTIFY
ATTEST:
BRADLEY, Clerk of Court
By Miranda P. Kenyon

**COURTROOM MINUTES:**

The Honorable Nancy K. Johnson Presiding
Deputy Clerk: Shannon Butler / ERO: Crawford
Interpreter Present? ☐ Yes ☑ No
USPT/USPO _____
☑ OTHER DISTRICT ☐ DIVISION SD of FLORIDA THEIR CASE# 12-8031-JHH

Clerk, U.S. District Court
Southern District of Texas
Filed 2/10/12

OPEN 2:36 ADJOURN 2:37

**PROCEEDING HELD:**
☐ Initial Appearance ☐ Counsel Determination Hearing ☐ Status Hearing
☐ Bond Hearing ☐ Identity ☐ Hearing Continued on _____
☑ Detention Hearing ☑ Preliminary Hearing ☐ Other _____

CASE NUMBER ☐ CR _____ ☑ MJ 4:12mj115

DEFT: RASHAD EHON CLARK
AUSA: Charles Escher (Duty)
Peter Bray (Duty)

☐ Date of arrest _____ ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☐ Complaint
Violation of ☐ Supervised Release ☐ Probation
☑ Defendant ☐ Material Witness appeared ☑ with ☐ without counsel
☐ Defendant requests appointed counsel. ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow. ☐ Oral order, Defendant to Reimburse CJA fund $____
☐ Defendant advises that he will retain private counsel. _____

☐ Defendant _____ bond set ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Surety signatures required as to Defendant(s) _____
☐ Defendant(s) _____ advised of conditions of release
☐ BOND EXECUTED and Defendant _____ Released
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s) _____
☐ Order of Detention Pending Trial entered as to Defendant(s) _____
☐ Bond revoked ☐ Bond reinstated ☐ Bond Continued
☑ Defendant _____ remanded to custody ☐ M/W remanded to custody
☑ Defendant Ordered Removed to Originating District (FLORIDA)

Defendant ✓ Waiver of ☐ Preliminary ☑ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause ☐ Identity

☐ Defendant(s) _____ is/are scheduled on _____ at _____ for:
☐ Arraignment ☐ Counsel Determination Hearing ☐ Identity Hearing
☐ Detention Hearing ☐ Preliminary Hearing ☐ Final Revocation Hearing
☐ _____ Hearing

TRUE COPY I CERTIFY
_____, Clerk of Court
By _____
Deputy Clerk

AO 466A (Rev. 01/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
FEB 10 2012
David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4-12mj115 |
| RASHAD ENON CLARK | ) | |
| Defendant | ) | Charging District's Case No. 12-8039-JMH |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the (name of other court) SOUTHERN DIST OF FLORIDA

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 2/10/12

*Defendant's signature*

*Signature of defendant's attorney*

*Printed name of defendant's attorney*

TRUE COPY I CERTIFY
ATTEST:
...LEY, Clerk of Court
By: Menodea R. Kenna

Case 4:12-mj-00115 Document 6 Filed in TXSD on 02/08/12 Page 1 of 1
Case 9:12-cr-80036-KLR Document 13 Entered on FLSD Docket 02/22/2012 Page 8 of 12
AO 466 (Rev. 01/09) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

FEB 0 8 2012

David J. Bradley, Clerk of Court

United States of America )
v. )
Rashad Emon Clark )  Case No. H-12-115M
_Defendant_ )
)  Charging District's Case No. 12-8039-JMH
)

## WAIVER OF RULE 32.1 HEARING
(Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)* Southern District of Florida.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to occurred in this district; and

(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☒ an identity hearing and production of the judgment, warrant, and warrant application.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 8 Feb 2012

_Defendant's signature_

_Signature of defendant's attorney_

Michael L. Herman
_Printed name of defendant's attorney_

TRUE COPY I CERTIFY
ATTEST:
DAVID J. BRADLEY, Clerk of Court
By: _____

AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4:12mj115 |
| | ) | |
| Rashad Emon Clark | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled before the magistrate judge as follows:

Place: Judge Nancy K. Johnson
515 Rusk
Houston, TX 77002

Courtroom No.: 700

Date and Time: 2/10/12 @2pm

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 2-8-12

*Judge's signature*

Nancy K. Johnson
United States Magistrate Judge

TRUE COPY I CERTIFY
_____, Clerk of Court
By _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA §
§
v. §
§ Criminal No. 4-12MJ115
RASHAD EMON CLARK §
§
§
§

## ORDER APPOINTING COUNSEL

Because the above named defendant has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender, Marjorie Meyers is hereby appointed to represent this person in the above designated case.

Date: 02/8/2012

UNITED STATES MAGISTRATE JUDGE

BY ORDER OF THE COURT

SHANNON BUTLER

Deputy Clerk

TRUE COPY I CERTIFY
[illegible], Clerk of Court
By [signature]
Deputy Clerk

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

THE CASE OF: _____ V.S. _____

FOR: United States Courts Southern District of Texas FILED FEB 08 2012 David J. Bradley, Clerk of Court

AT: _____

PERSON REPRESENTED (Show your full name): Roshad Clark

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

LOCATION NUMBER: _____

DOCKET NUMBERS
Magistrate: 4-12MJ115
District Court: _____
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment: 11/2011
- How much did you earn per month? $ 3200/mo — Tire Store
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- RECEIVED: 275/week  SOURCES: Unemployment — still getting it
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 540.00 checking Wells Fargo, savings 1$

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT
- VALUE: $22,000  DESCRIPTION: 2009 Dodge Charger

**DEPENDENTS**
- MARITAL STATUS: ⊗ SINGLE, MARRIED, WIDOWED, SEPARATED OR ⊙ DIVORCED
- Total No. of Dependents: 03
- List persons you actually support and your relationship to them: self, 2 sons (2 & 3) yrs — 1 FL, 1 HOU

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
- APARTMENT OR HOME: _____
- Creditors: Rent, Utilities, Food, child support (voluntary) 300, owed 600 total/mo
- Total Debt: _____
- Monthly Paymt: $650, $400, $200-300

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 2/8/12

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): _____

TRUE COPY I CERTIFY ATTEST 2/8/12
DAVID J. BRADLEY, Clerk of Court
By: Mercedes R. _____ Deputy Clerk

**COURTROOM MINUTES:** | Clerk, U.S. District Court
**The Honorable Nancy K. Johnson Presiding** | Southern District of Texas
Deputy Clerk: Shannon Butler | Filed 2/10/12
Interpreter Present? ☐ Yes ☒ No   ERO: CRAWFORD
USPT/USPO _____ | OPEN 2:36   ADJOURN 2:37
☒ OTHER DISTRICT   ☐ DIVISION SD of FLORIDA   THEIR CASE # 12-803-JHH

**PROCEEDING HELD:**
☐ Initial Appearance    ☐ Counsel Determination Hearing    ☐ Status Hearing
☐ Bond Hearing          ☐ Identity                          ☐ Hearing Continued on _____
☒ Detention Hearing     ☒ Preliminary Hearing               ☐ Other _____

CASE NUMBER  ☐ CR _____    ☒ MJ 4-KM-115

DEFT: RASHAD EMON CLARK
AUSA: Charles Escher (Duty)
      Peter Bray (Duty)

☐ Date of arrest _____              ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on:   ☐ Indictment  ☐ Information  ☐ Complaint
                                          Violation of  ☐ Supervised Release  ☐ Probation
☒ Defendant  ☐ Material Witness appeared   ☒ with        ☐ without counsel
☐ Defendant requests appointed counsel.      ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender   ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.  ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel. _____

☐ Defendant _____ bond set   ☐ Cash  ☐ Surety  ☐ P/R  ☐ Unsecured  ☐ $_____ Deposit
☐ Defendant _____ bond set   ☐ Cash  ☐ Surety  ☐ P/R  ☐ Unsecured  ☐ $_____ Deposit
☐ Defendant _____ bond set   ☐ Cash  ☐ Surety  ☐ P/R  ☐ Unsecured  ☐ $_____ Deposit
☐ Surety signatures required as to Defendant(s) _____
☐ Defendant(s) _____ advised of conditions of release
☐ BOND EXECUTED and Defendant _____ Released
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s) _____
☐ Order of Detention Pending Trial entered as to Defendant(s) _____
☐ Bond revoked       ☐ Bond reinstated       ☐ Bond Continued
☒ Defendant _____ remanded to custody  ☐ M/W remanded to custody
☒ Defendant Ordered Removed to Originating District (FLORIDA)

Defendant ✓ Waiver of ☐ Preliminary ☒ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds:  ☐ Probable Cause        ☐ Identity

☐ Defendant(s) _____ is/are scheduled on _____ at _____ for:
    ☐ Arraignment           ☐ Counsel Determination Hearing     ☐ Identity Hearing
    ☐ Detention Hearing     ☐ Preliminary Hearing               ☐ Final Revocation Hearing
    ☐ _____ Hearing

TRUE COPY I CERTIFY