UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   12-80036-Cr-Ryskamp/Hopkins(s)

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

RASHAD EMON CLARK,

        Defendant.
_____/

FILED by _____ D.C.
OCT 17 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### CHANGE OF PLEA MINUTES

On   October 17, 2012   the above named defendant appeared in person before the Honorable James M. Hopkins, United States Magistrate Judge, with   Thomas Garland  , counsel court appointed, and said defendant, stated in open court that he desired to withdraw the plea of Not Guilty heretofore entered and desired to enter a plea of Guilty as to Count(s)   1, 2, 3 & 4  , of the   Superseding Indictment  .

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of Guilty and found the defendant guilty as charged. Whereupon:

( ) The Court proceeded to pronounce sentence. (See J&C)

(x) The Court postponed sentencing until :
    12/28/12 1:30PM before Sr. Judge Kenneth L. Ryskamp

( ) The defendant being allowed to remain on bond until sentencing.

( ) The defendant being remanded to the custody of the U. S. Marshal Service until a ____ bond in the amount of $_____ is approved and posted.

(x) The defendant being remanded to the custody of the U. S. Marshal awaiting sentencing.

The U. S. Attorney announced Count(s) _____ would be dismissed on the government's motion at sentencing.

Judge:   USMJ James M. Hopkins
Court Reporter:   Karl Shires
Interpreter :_____
AUSA: Lothrop Morris
Courtroom Deputy:   Tanya McClendon
**DAR: 14:07:17 _22_ MINS**

**DEFENSE COUNSEL REQUEST SENTENCING DATE BE CHANGED**